IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN VILLA CARRANZA,**<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　　Respondent. | No. CV-F-05-097 OWW<br>(No. CR-F-02-5416 OWW)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR WITHDRAWAL OF MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 (Doc. 62) |

　　**Petitioner's motion to withdraw his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is GRANTED.**

　　IT IS SO ORDERED.

**Dated:   December 12, 2007**　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1